## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: June 4, 2026

| | |
|---|---|
| S.R., | ) |
| | ) |
| Petitioner, | ) |
| | ) Case No. CIV-26-00627-JD |
| v. | ) |
| | ) |
| SCARLET GRANT, et al., | ) |
| | ) |
| Respondents. | ) |

### ENTER ORDER:

The Court previously entered an Order on April 3, 2026 [Doc. No. 7], referring this case to Magistrate Judge Shon T. Erwin. Upon further consideration and in the interests of judicial economy, the Court terminates the referral to Magistrate Judge Shon T. Erwin.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:_____/s/ Carol Ditta_____
            Deputy Clerk